
1983 Form

# In the United States District Court
# For the Northern District of Alabama

x Christopher Smith

CV-16-HS-1005-N

(Enter above the full name(s) of the
Plaintiff(s) in this action)

v

Sergant Lester Murray

Lieutenant Taylor, C.O. McLemore

C.O. Walker

(Enter above the full name(s) of the
Defendant(s) in this action)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

B. If you answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiff(s): _____N/A_____

Defendant(s): _____N/A_____

2. Court (if Federal Court, name the district; if State Court, name the county): _____N/A_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   N/A

6. Approximate date of filing lawsuit  N/A

7. Approximate date of disposition  N/A

II. Place of present confinement  St. Clair Correctional Facility

   A. Is there a prisoner grievance procedure in this institution?

   Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes ( )   No (✓)

   C. If your answer is YES:

   1. What steps did you take?  N/A

   2. What was the result?  N/A

   D. If your answer is NO, explain why not?  Because their is no grievance procedure.

III. Parties

   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s)  xChristopher Smith

   Address  1000 St. Clair Road, Springville, AL. 35146

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant **Lester Murray**

is employed as **Sergant, Lester Murray**

at **St. Clair Correctional Facility**

C. Additional Defendants **Lieutenant Taylor, C.O. McLemore, C.O. Walker**

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On 05-04-16 In Segregation Lockup in D-1 Block A Fire took place, smoke so thick, it was so thick and Suffocating, no one in the block could breathe. The Fire went on over 3 hours, No one attempt to put the fire out, nor bring a fan in the block to help Ventilate the smoke. No body charts was given to no one the block. Everyone in the entire block was in fear for their Lives

#1 Sergant Lester Murray was the commander over the shift that day he came in the block looked at the scene then left out...

#2 Lieutenant Taylor, came in the dorm And said im tired of yall Animals then Left out

#3 C.O. Walker was working D-1 cube that day, he left out the cube at 10:00 p.m. and did not return, The cube stayed Empty till 5:00 A.M. that morning

#4 C.O. McLemore came to my cell and sprayed me with the Fire Extinguisher in my Face then walked out. Willie Abercrombie is my witness he saw it all...

## V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

What i want is $40,000

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05-10-16
                   (date)

x _Charles Smith_

(Signature(s))